## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ESSAR STEL MINNESOTA LLC and | ) | Bankruptcy Case No.: 16-11626-CTG |
| ESML HOLDINGS INC., | ) | Bankr. BAP No. 24-0054 |
| | ) | |
| Reorganized Debtors. | ) | |
| _____ | ) | |
| CLEVELAND-CLIFFS MINNESOTA | ) | |
| LAND DEVELOPMENT LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-306-GBW |
| | ) | |
| MIRANDA MINERAL RESOURCES, LLC | ) | |
| and MESABI METALLICS COMPANY | ) | |
| LLC, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **15th day of April 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court held a teleconference on April 14, 2025, to further confer with counsel for both sides;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

                                                                            _____
                                                                            Christopher J. Burke
                                                                            UNITED STATES MAGISTRATE JUDGE