IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC., | : : | Chapter 11 Case No. 16-11626 (CTG) |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| CLEVELAND-CLIFFS MINNESOTA LAND DEVELOPMENT LLC, | : : | |
| | : | Adv. No. 18-50416 (CTG) |
| Appellant, | : | |
| v. | : | |
| | : | |
| MIRANDA MINERAL RESOURCES, LLC and MESABI METALLICS COMPANY LLC, | : : | Civ. No. 25-306-GBW |
| | : | |
| Appellees. | : | |

At Wilmington this 8th day of July 2026, having received a recommendation (D.I. 17) (the "Recommendation") from Magistrate Judge Christopher J. Burke that (1) recommended that this appeal be withdrawn from mandatory mediation and proceed through the appellate process of this Court, and (2) directed the parties to address any request for entry of a briefing schedule to this Court; and it appearing that the parties have instead briefed a Motion to Dismiss (D.I. 18, 19, 21) and a related Motion to Strike (D.I. 22, 23, 24); and the Court desiring full briefing on the merits prior to issuing any decisions in this matter; accordingly, IT IS HEREBY ORDERED that the Recommendation (D.I. 17) is ACCEPTED, and briefing on this appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 29, 2026.**

2. Appellees' brief in opposition to the appeal is due on or before **August 26, 2026.**

3. Appellant's reply brief is due on or before **September 9, 2026.**

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE